IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                         Case No. 14–CR–30155–DRH

CLEVIS HOLMES

       Defendant.

## SHOW CAUSE ORDER

**HERNDON, District Judge**:

       On October 19, 2015, Defendant Clevis Holmes filed a *pro se* motion to reduce his sentence under Amendment 782 to the United States Sentencing Guidelines (Doc. 51). In accordance with this District's Administrative Order No. 167, the Federal Public Defender's ("FPD's") Office entered its appearance for Defendant (Doc. 54). Now the Assistant FPD—having determined there is no meritorious basis for obtaining the relief Defendant seeks—has moved to withdraw his appearance (Doc. 57). A copy of that motion was provided to Defendant by the Assistant FPD.

       Pursuant to district-wide procedure, Defendant has 30 days in which to respond to the Assistant FPD's Motion to Withdraw. *See* Admin. Order 167. The Court hereby **DIRECTS** Defendant—on or before May 5, 2016—to file in this Court a Response **SHOWING CAUSE** (i.e., a valid reason) why the undersigned should not grant the Assistant FPD's motion to withdraw and deny Defendant's

1

*pro se* motion to reduce sentence.[1]  The Government may, but is not required to, file any response to the Assistant FPD's motion by the same date.

The Clerk of Court is **DIRECTED** to mail a copy of this Order to Defendant at his last known address.

**IT IS SO ORDERED.**

**Signed this 4th day of April, 2016.**

Digitally signed by Judge David R. Herndon
Date: 2016.04.04 14:38:29 -05'00'

**United States District Judge**

---

[1] It should be noted that FPD's motion to withdraw as attorney regarding the 782 does not affect the pending sealed motion (Doc. 55) in this case, or FPD's representation of Defendant Holmes in that matter. FPD continues to represent Holmes as related to the Sealed Motion (Doc. 55), and their office shall comply with the Court's Order (Doc. 56) directing their office to respond to the sealed motion no later than April 11, 2016.

2